# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MCGUIRE & ANGELIQUE MCGUIRE, H/W | : <br> : <br> : CIVIL ACTION |
| Plaintiffs, | : <br> : |
| v. | : <br> : NO. 13-3746 <br> : |
| SAFEWARE, INC. ET AL., | : <br> : |
| Defendants. | : |

## ORDER

**AND NOW**, this *17th* day of *September*, 2013, upon consideration of the Motion by Plaintiffs Michael McGuire & Angelique McGuire to Remand (Docket No. 9), the Response of Defendant Safeware, Inc. (Docket No. 13), the Joinder of Defendant Scott Safety and Tyco International, Inc. (Docket No. 14), and Plaintiffs' Reply Brief (Docket No. 16), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to remand this matter to the Pennsylvania Court of Common Pleas for Philadelphia County.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.